UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HARSH KHURANA,

                          Plaintiff,

           -against-                                  18-cv-0233 (LAK)

WAHED INVEST, LLC, et al.,

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/19

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Magistrate Judge Barbara Moses has rendered a well considered report and recommendation in which she recommends that defendants' motion to dismiss: (1) Counts I-IV should be granted with leave to amend, (2) Count V should be granted with prejudice, and (3) Count VI should be granted with leave to amend and re-file only after plaintiff has complied with NYLL § 215(2).

       Plaintiff filed a statement of non-objection to the report and recommendation in which he requests 35 days to amend his pleading.

       The Court adopts the report and recommendation in full. Plaintiff shall file, if he so chooses, an amended complaint consistent with this order on or before May 6, 2019.

       SO ORDERED.

Dated:      March 29, 2019

                                                     Lewis A. Kaplan
                                               United States District Judge