

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARSH KHURANA,

       Plaintiff,

-against-

WAHED INVEST, LLC, et al.

       Defendants.

18-CV-233 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict on the Court's calendar, the status conference scheduled for September 14, 2020, at 10:00 a.m. is ADJOURNED to **September 24, 2020, at 10:00 a.m.** The parties shall submit their joint status letter, pursuant to the Court's March 11 Order (Dkt. No. 61), no later than **September 17, 2020**.

Dated: New York, New York
       August 25, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**