

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HARSH KHURANA,

        Plaintiff,

  -against-

WAHED INVEST, LLC, et al.

        Defendants.

18-CV-233 (LAK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed on the record during the September 24, 2020 status conference it is hereby ORDERED that:

1. The parties shall complete the depositions of Harsh Khurana and Junaid Wahedna no later than **October 31, 2020**. The deadline for completion of all remaining discovery, including depositions, is EXTENDED to **December 31, 2020**.

2. The settlement conference currently scheduled for October 13, 2020 at 2:15 p.m. is ADJOURNED to **November 11, 2020 at 2:00 p.m.** In light of the pandemic, the attendance requirements are modified as follows: **All attendees may participate in the settlement conference telephonically, using the Court's teleconferencing facilities. The parties are directed to call (888) 557-8511 on their scheduled date, a few minutes before their scheduled time, and enter (a) the access code 7746387 and (b) the security code that the Court will provide to you, by email, on receipt of all parties' confidential settlement letters. The parties are advised that the Court's teleconferencing facilities permit both group conferences and private caucuses with each party or group of parties (and relevant counsel). If, after meeting and conferring among themselves, the parties wish to arrange a different remote technology (*e.g.*,**

**videoconferencing), they must request permission to use that technology by letter-motion, at least one week prior to the date of the conference, and be prepared to discuss the capabilities and security features of the proposed technology with the Court's staff. If the parties wish to conduct the settlement conference in person, in the courthouse, they must so advise the Court of that request at least one week prior to the date of the conference and must provide a precise headcount of the expected attendees, as well as the number of breakout rooms that they believe will be required.** All other requirements of the Court's Order Scheduling Settlement Conference (Dkt. No. 60) remain in effect, including the requirement that all parties submit confidential settlement letters no later than one week prior to the conference, as described in ¶ 3 of the Order Scheduling Settlement Conference.

Dated: New York, New York
September 24, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**